FILED
October 16, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002159030

SCHEER LAW GROUP, LLP
SPENCER P. SCHEER #107750
JOSHUA L. SCHEER #242722
REILLY D. WILINSON #250086
JONATHAN SEIGEL #168224
155 N. REDWOOD DRIVE, SUITE 100
SAN RAFAEL, CA 94903
Telephone: (415) 491-8900
Facsimile: (415) 491-8910
A.307-086S

Attorneys for Secured Creditor
AMERICAN GENERAL FINANCIAL SERVICES, INC.

UNITED STATES BANKRUPTCY COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| In re: | Bk. No. 09-22282-TH |
|---|---|
| KAREN DELL BUCHANAN dba THE MOUNTAIN OF THE LORDS HOUSE INC. dba K-DELL PUBLISHING fka KAREN DELL PAVLOVIC,<br><br>Debtor. | Chapter 13<br><br>R.S. No. DBJ-4<br><br>NOTICE OF WITHDRAWAL OF OBJECTIONS<br><br>Hearing-Confirmation<br>Date: July 7, 2009<br>Time: 9:32 a.m.<br>Place: Bankruptcy Court<br>     501 I Street, Courtroom 33<br>     Sacramento, CA |

PLEASE TAKE NOTICE that AMERICAN GENERAL FINANCIAL SERVICES, INC. hereby withdraws its Objections to Confirmation of Debtor's Chapter 13 Plan filed on June 22, 2009.

SCHEER LAW GROUP, LLP

Date: October 16, 2009    /s/ REILLY D. WILKINSON
                                                   #250086

1